**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-7347**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

DANIEL WATLINGTON, a/k/a Gator Slim,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:05-cr-00004-F-1)

———————

Submitted: January 31, 2017       Decided: February 3, 2017

———————

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel Watlington, Appellant Pro Se. S. Katherine Burnette, Joshua Bryan Royster, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Watlington appeals the district court's order denying his "Request for Nunc Pro Tunc Amendment for Addendum Presentence Report." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Watlington</u>, No. 5:05-cr-00004-F-1 (E.D.N.C. Sept. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>